FILED
7/15/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT
GMC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MC DAVID GRAYSON | Case No. **1:26-cr-00390**<br>**Judge Jeremy C. Daniel**<br>**Magistrate Judge Beth W. Jantz**<br>**RANDOM / Cat. 4**<br>Violation:<br>Title 18, United States Code, Section 641 |

The SPECIAL SEPTEMBER 2025 GRAND JURY charges:

Beginning no later than in or around August 2021 and continuing through in or around February 2024, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

MC DAVID GRAYSON,

defendant herein, did knowingly and willfully embezzle, steal, purloin, and convert to his own use or use of another, money of the United States, namely, approximately $26,916 in funds administered by the Social Security Administration, which funds defendant was not entitled to receive;

In violation of Title 18, United States Code, Section 641.

A TRUE BILL:

______________________________
FOREPERSON

______________________________
UNITED STATES ATTORNEY